| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RICHARD LIVINGSTON PLAINTIFF, PRO SE | 1:05-cv-11349-RCL |
| DEFENDANT | TYPE OF PROCESS |
| PHILIP O'CONNOR CEO | Civil Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PHILIP O'CONNOR CEO, MBTA EMPLOYEES CREDIT UNION

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 147 WEST FOURTH STREET SOUTH BOSTON MASSACHUSETTS 02127

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RICHARD LIVINGSTON PLAINTIFF, PRO SE
149 WARREN AVENUE
MILTON, MASSACHUSETTS 02168-2009

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | US MARSHALL |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

2005 DEC 28 P 2:46  RECEIVED U.S. MARSHAL SERVICE BOSTON, MA

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

RICHARD LIVINGSTON

TELEPHONE NUMBER: 617-698-4335
DATE: 12-27-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talanuela | 1/9/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/12/06  Time: 10:20 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

RICHARD LIVINGSTON
PLAINTIFF, PRO SE

**SUMMONS IN A CIVIL CASE**

V.

PHILIP O'CONNOR CEO
MBTA EMPLOYEES CREDIT UNION
147 WEST FOURTH STREET
SOUTH BOSTON, MASSACHUSETTS
02127

CASE NUMBER:   1:05-CV-11349-RCL

DEFENDANT

TO: (Name and address of Defendant)

PHILIP O'CONNOR CEO
MBTA EMPLOYEE CREDIT UNION
147 WEST FOURTH STREET
SOUTH BOSTON, MASSACHUSETTS 02127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD LIVINGSTON,   PLAINTIFF PRO SE
149 WARREN AVENUE
MILTON, MASACHUSETTS. 02186-2009

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    12/27/05

CLERK                                                            DATE

(By) DEPUTY CLERK