UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**RICHARD LIVINGSTON,**             )
                                    )
    Plaintiff,                    )
                                    )
v.                                  )   C.A. No. 05-CV-11349-RCL
                                    )
**MBTA EMPLOYEES**                  )
**CREDIT UNION,**                   )
                                    )
    Defendant.                    )
_____)


## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter the appearance of Peter C. Netburn as attorney for the defendant, MBTA Employees Credit Union, in connection with the above-referenced matter.

                        /s/  *Peter C. Netburn*
                        Peter C. Netburn, BBO 546935
                        HERMES, NETBURN, O'CONNOR
                            & SPEARING, P.C.
                        265 Franklin Street, Seventh Floor
                        Boston, MA  02110-3113
                        (617) 728-0050
                        (617) 728-0052 (F)

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 25, 2006.

                        /s/  *Peter C. Netburn*
                        Peter C. Netburn

G:\DOCS\PCN\Cumis\MBTAECU\Pleadings\Appearance.doc