# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**RICHARD LIVINGSTON,**              )
                                    )
    **Plaintiff,**              )
                                    )
**v.**                               )   C.A. No. 05-CV-11349-RCL
                                    )
**MBTA EMPLOYEES**                   )
**CREDIT UNION,**                    )
                                    )
    **Defendant.**              )
_____)

## MBTA EMPLOYEES CREDIT UNION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, MBTA Employees Credit Union states that it has no parent corporations and that no publicly held company owns ten percent (10%) or more of the MBTA Employees Credit Union's stock.

        **MBTA EMPLOYEES CREDIT UNION,**
        by its attorneys,


          /s/  *Peter C. Netburn*
        Peter C. Netburn, BBO 546935
        HERMES, NETBURN, O'CONNOR
           & SPEARING, P.C.
        265 Franklin Street, Seventh Floor
        Boston, MA  02110-3113
        (617) 728-0050
        (617) 728-0052 (F)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 25, 2006.

          /s/  *Peter C. Netburn*
        Peter C. Netburn