149 Warren Avenue
Milton, MA. 02186-2009
February 10, 2006

## UNITED STATES OF AMERICA
## FEDERAL DISTRICT COURT
## FOR
## THE DISTRICT OF MASSACHUSETTS

SUFFOLK, SS            DOCKET NUMBER 1:05-CV-11349-RCL

************************************
RICHARD LIVINGSTON              *
      Plaintiff, Pro Se     *
   Vs.                          *   **FYI VACATION SCHEDULE**
                                      *
M.B.T.A. Employee's Credit Union *
                                      *
      Defendant                *
************************************

Dear Mr. O'Leary,
    Thank you for Docketing my Amended complaint, I have mailed a copy along with a certificate of service to all parties. I am also following up as you suggested regarding my unavailability. I know you felt nothing would happen this fast, but suggested I send the court a note to inform them. Due to a long-standing previous family commitment, I will be out of the country from March 11 – 19, 2006.
    I would hope that nothing (i.e. Motions to Dismiss, Summary Judgment etc…) would be taken up while I am unable to respond in kind or in person during this period. Please docket and file the attached Notice to the Court of my pending absent and unavailability.

Respectfully Requested,

Richard Livingston

CC Ms. Kathy Boyce

Attached "Notice of Unavailability"

UNITED STATES OF AMERICA
FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

SUFFOLK, SS                          DOCKET NUMBER 1:05-CV-11349-RCL

```
************************************
RICHARD LIVINGSTON              *
         Plaintiff, Pro Se      *
   Vs.                          *      PLAINTIFFS NOTICE OF
                                *        UNAVAILABILITY
M.B.T.A. Employee's Credit Union *
                                *
         Defendant              *
************************************
```

In an effort to afford the court the courtesy by keeping you inform. I will be out of the country of the United States of America from March 11 – 19, 2006.

### CERTIFICATE OF SERVICE

I, Richard Livingston, Plaintiff, Pro Se hereby swear and affirm that I have this day __2/10/2006__ notified Attorney of Record Mr. Nutburn representing the Defendant {MBTA Employees Credit Union, South Boston, Massachusetts} by United States Postal Service MBTA Employees Credit Union, 147 West Fourth Street, South Boston, Massachusetts 02127-1815

Date __2/10/2006__                           _Richard Livingston_ (signature)

Richard Livingston
149 Warren Avenue,
Milton Massachusetts 02186-2009
617-698-4333 HM  617-620-0441 CL

Received by: _____

Date _____  Firm Stamp: _____