UNITED STATES OF AMERICA
FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

SUFFOLK, SS                    DOCKET NUMBER 1:05-CV-11349-RCL

**************************************
**RICHARD LIVINGSTON**                *
           **Plaintiff, Pro Se**      *
    Vs.                              *      **PLAINTIFFS NOTICE OF**
                                              *      <u>**UNAVAILABILITY**</u>
**M.B.T.A. Employee's Credit Union**  *
                                              *
           **Defendant**              *
**************************************

**In an effort to afford the court the courtesy by keeping you inform. I will be out of the country of the United States of America from March 11 – 19, 2006.**

### CERTIFICATE OF SERVICE

I, Richard Livingston, Plaintiff, Pro Se hereby swear and affirm that I have this day ___2-10-2006___ notified Attorney of Record Mr. Peter C. Netburn representing the Defendant {**MBTA Employees Credit Union**, South Boston, Massachusetts} by United States Postal Service **Peter C. Netburn, Attorney at Law Hermes, Netburn, O'Connor & Spearing, P.C. 265 Franklin Street Boston, MA. 02110-3113**

Date ___2-10-2006___          *[signature: Richard Livingston]*

                                  Richard Livingston
                                  149 Warren Avenue,
                                  Milton Massachusetts 02186-2009
                                  617-698-4333 HM 617-620-0441 CL

Received by: _____

Date _____    Firm Stamp: _____