UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>    Richard Livingston    </u>
            **Plaintiff**                              **CIVIL ACTION**

            **V.**                               **NO.** <u>**1:05-cv-11349 RCL**</u>

**M.B.T.A  Employee's Credit Union**
            **Defendant**

<u>**ORDER RETURNING PLEADINGS**</u>

  <u>**Lindsay    D.J.**</u>

On  <u>05/09/2006</u>   the Clerk received your  <u>**(1) Plaintiff's Response to Question Propounded, (2)  Plaintiff's Response to Defendant's Request for Documents, and (3) Plaintiff's Response to Defendant's Request for Computation of Plaintiff's Damages.**</u>

**for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:**

    ( )    The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

    ( )    The papers or documents do not conform to Local Rule 5.1(a) because:

            ( )    Board of Bar Overseers Registration Number has not been provided.

            ( )    8 1/2" x 11" paper has not been used.

            ( )    A backer is attached.

            ( )    The documents are not properly bound.

            ( )    The text is not double-spaced.

            ( )    The discovery request or response text is not single-spaced.

    ( )    Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

    (X)    Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

    ( )    The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

    ( )    Other  _____
_____
_____
_____

  <u>05/09/2006</u>                                      <u>/s/    Reginald C. Lindsay</u>
    **DATE**                                     **UNITED STATES DISTRICT JUDGE**

**(Retndocs.ord - 09/92)** **[o.]**