# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN -6 A 11: 04

**SUFFOLK, SS**

**DOCKET NUMBER 05-CV-11349-RCL**

U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RICHARD LIVINGSTON**      \*

       **Plaintiff, Pro Se**   \*

     **Vs.**        \*

**MBTA Employees Credit Union**   \*

       **Defendants**   \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pro Se, Plaintiffs

# MOTION
### for
# SANCTION
**LR 1.3**

Pursuant to Local Rule 1.3 Sanctions, Plaintiff, Pro Se, Richard Livingston asks Honorable Reginald C. Lindsay's in accordance with Local Rule 1.3 Sanctions, to impose sanctions to compel or those deemed appropriate by the Court on the Defendant, MBTA Employees Credit Union for the following reasons:

1. The Defendant, MBTA Employees Credit Union has failed to comply with the directive and obligation set forth by the court in accordance with Local Rule 26.1(b)(1)(a-d).
2. the balance of powers is unequitable Plaintiff, Richard Livingston is a Pro Se litigant.
3. the Plaintiff, Pro Se, Richard Livingston has fulfilled his obligation to the Defendant MBTA Employees Credit Union in accordance to Local Rule 26.1(b)(1)(a-d).

In support of this Motion Plaintiff, Pro Se, Richard Livingston offers the attached Exhibits (EXAMPLE A-F)

Wherefore, The Plaintiff, Pro Se, Richard Livingston asks the honorable Court to intercede in order that the Plaintiff, Pro Se, Richard Livingston might have the opportunity to present his case

fairly and without obstruction from Defendant, MBTA Employees Credit Union.

Date _____

Richard Livingston, Plaintiff, Pro Se,
149 Warren Avenue
Milton, Massachusetts 02186-2009
617-698-4333 HM

Attached: Certificate of Service

## CERTIFICATE OF SERVICE

I, Richard Livingston, Plaintiff, Pro Se hereby swear and affirm that I have this day _____ notified Peter C. Netburn, Esq. of Hermes, Netburn, O'connor & Spearing, P.C. 265 Franklin Street, Seventh Floor Boston, MA 02110-3113 legal representative for MBTA Employees Credit Union, Defendant {MBTA Employees Credit Union, South Boston, Massachusetts} by United States Postal Service Hermes, Netburn, O'connor & Spearing, P.C. 265 Franklin Street, Seventh Floor Boston, MA 02110-3113

Date _____

Richard Livingston
149 Warren Avenue,
Milton Massachusetts 02186-2009
617-698-4333 HM

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.