UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUFFOLK, SS                                   DOCKET NUMBER 05-CV-11349-RCL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*                Pro Se, Plaintiff's
RICHARD LIVINGSTON            \*               AFFIDAVIT
        Plaintiff, Pro Se     \*               L.R 7.1, Motions
                              \*
vs                            \*
                              \*
MBTA Employees Credit Union   \*
        Defendants            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Richard Livingston, Plaintiff, Pro Se, 149 Warren Avenue, Milton, Commonwealth of Massachusetts, County of Norfolk on this day of June 12, 2006, state and claim that I have made good faith effort, a prerequisite of the Court, to resolve the fact that the Defendant did not exchange Disclosure timely. The Defendant, Employees Credit Union did not request or receive an extension of time beyond June 5, 2006, in spite of the fact that the court allowed generous time for Disclosure from fourteen (14) days to thirty-four (34) days, the Defendant, MBTA Employees Credit Union has violated the timeliness set forth by Honorable Judge Reginald C. Lindsay on April 26, 2006.

Date June 12 2006                    _____
                                     Richard Livingston, Plaintiff, Pro Se
                                     149 Warren Avenue
                                     Milton, MA. 02186-2009

Notary Public: _____
Commonwealth of Massachusetts
My Commission Expires: May 9, 2008

JOAN FRANCES DIVER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 9, 2008

5