UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD LIVINGSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBTA EMPLOYEES CREDIT UNION, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-CV-11349-RCL |

## NOTICE OF APPEARANCE

To The Clerk of the Above Named Court:

Please enter the appearance of Eric C. Hipp, BBO No. 642658, of Hermes, Netburn, O'Connor & Spearing, P.C. on behalf of the Defendant, MBTA Employers Credit Union.

/s/ Eric C. Hipp
Eric C. Hipp, BBO No. 642658
HERMES, NETBURN, O'CONNOR &
    SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052 (F)

Dated: July 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 14, 2006.

/s/ Eric C. Hipp
Eric C. Hipp