UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**RICHARD LIVINGSTON**</u>
        Plaintiff(s)

v.     CIVIL ACTION NO. **05-11349-RCL**

<u>**MBTA EMPLOYEE'S CREDIT UNION**</u>
        Defendant(s)

<u>**JUDGMENT IN A CIVIL CASE**</u>

<u>LINDSAY, D.J.</u>

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court.** In accordance with the Court's Memorandum and Order dated February 7, 2007;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant, M.B.T.A. Employee's Credit Union.

Sarah A. Thornton, Clerk

Dated: <u>February 8, 2007</u>            <u>/s/ Lisa M. Hourihan</u>
                                                  ( By )  Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____ %.

(judgciv.frm - 10/96)     [jgm.]